# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### United States Courthouse
One Church Street, A-300
MONTGOMERY, ALABAMA 36104

Mark E. Fuller
Chief Judge

September 18, 2006

TELEPHONE (334) 954-3640
FAX (334) 954-3649

RECEIVED 2006 SEP 25 P 3: 32 FINANCIAL DISCLOSURE OF

Honorable Ortrie D. Smith
Judicial Conference of the U.S.
Committee on Financial Disclosure
One Columbus Circle, NE
Washington, D.C. 20544

    RE:    Calendar Year 2005 filing

Dear Judge Smith:

    Thank you for your letter dated July 27, 2006 regarding the questions about my annual financial disclosure dated May 15, 2006. As to Part VII, Page 4, lines 1 and 2, Column C(2), the method of valuing Doss Aviation, Inc. And Doss of Alabama, Inc. is a valuation based upon an audited financial statement from the accountants of these respective companies, both of which were calculated as of September 30, 2005.

    With respect to the income amount code and income type for "Oceaneering, Inc." listed in Part VII, page 4, line 15, the income from this stock should reflect "none."

    Should you need any additional information or should I need to file an amended financial disclosure report, please do not hesitate to contact me.

    Thank you for bringing this to my attention and I apologize for the inconvenience my oversight has caused your Committee.

    With best regards, I am

Respectfully yours,

Mark E. Fuller
Chief United States District Judge

MEF/mdd

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>FULLER, Mark E | 2. Court or Organization<br><br>USDC - ALMD | 3. Date of Report<br><br>05/15/2006 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>One Church Street, A-300<br>Montgomery, AL 36104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citizens Bank, Enterprise, AL | signature loan | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Doss Aviation, Inc. | G | Distribution | P1 | Q | | | | | |
| 2. Doss of Alabama, Inc. | G | Distribution | N | Q | | | | | |
| 3. IRS#1 Mark Everett Fuller | | | | | | | | | |
| 4. --A.G. Edwards Moneymarket | A | Dividend | K | T | | | | | |
| 5. --Conagra Foods, Inc. | A | Dividend | K | T | | | | | |
| 6. --Lo Jack Corporation | A | Dividend | K | T | | | | | |
| 7. IRA #2 -███████ | | | | | | | | | |
| 8. --A.G. Edwards Moneymarket | A | Dividend | J | T | | | | | |
| 9. --Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 10. Mark E. Fuller Custodian Minors Act --██#1 | | | | | | | | | |
| 11. --Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 12. --Northwest Mutual Life | A | Dividend | K | T | | | | | |
| 13. Mark E. Fuller Custodian Minors Act --███#2 | | | | | | | | | |
| 14. --Harry's Inc. | | | | | | | | | |
| 15. --Oceaneering, Inc. | | | J | T | | | | | |
| 16. --Conagra foods, Inc. | A | Dividend | J | T | | | | | |
| 17. --New York Life | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mark E. Fuller Custodian Minors Act -- ▓▓▓ #3 | | | | | | | | | |
| 19. --Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 20. --New York Life | A | Dividend | J | T | | | | | |
| 21. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu                              Date *15 MAY 2006*

NOTE:             ...FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND  

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT
## Western District of Texas

Chambers of
U.S. District Judge
Royal Furgeson

655 E. Durango, Crtrm #4
San Antonio, Texas 78206
(210) 472-6570

September 22, 2006



George Reynolds, Staff Counsel
Committee on Financial Disclosure
Judicial Conference of the United States
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC  20544

Re:  Financial Disclosure - 2005

Dear Mr. Reynolds:

Thank you for your letter dated September 14 about the added information needed for my 2005 filing report.  I apologize for failing to respond to Judge Smith's letter.  This matter slipped through the cracks, so your reminder is appreciated.

Enclosed are three copies of my Amended Report.

Very truly yours,



Royal Furgeson

RF:blg
Encl.



| AO 10 Rev. 1/2006 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Furgeson, William R | 2. Court or Organization  USDC/Texas Western | 3. Date of Report  09/22/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  active-Article III Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  655 E. Durango Courtroom Four San Antonio, TX 78206 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Federal Judges Association |
| 2. Member, Council | Litigation Section of the State Bar of Texas |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |



## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-Employed lawyer until 01/31/2005 and now works for a trust. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. State Bar of Texas | Houston, TX, April 7, contract seminar-professional assoc. (airfare, taxi) |
| 2. Federal Judges Association | Washington, DC, May 14-16, board meeting-professional assoc. (airfare, taxi, meal) |
| 3. State Bar of Texas, Litigation Section | Dallas, TX, June 23-24, contract seminar-professional assoc. (airfare, parking) |
| 4. State Bar of Texas, Litigation Section | Lubbock, TX, Oct. 21, contract seminar-professional assoc. (airfare) |
| 5. University of Texas School of Law | Austin, TX, Oct. 27-28, contract seminar-professional assoc. (car rental, mileage, parking) |


## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

| X | NONE *(No reportable gifts.)* |

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

| X | NONE *(No reportable liabilities.)* |

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 09/22/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Accts.- ▓▓▓ | | None | J | T | | | | | |
| 2. Oaks Bank Acct.-▓▓ | | None | | | Closed | 11/09 | J | A | |
| 3. Wells Fargo Asset Mgmt. Acct.-▓▓ | A | Interest | | | Sold | 11/09 | J | A | |
| 4. USAA Brokerage Svc. Acct. #1-▓▓ | | | | | | | | | |
| 5. Tax Exempt Intrmed.-Term Fund | A | Dividend | | | Sold | 11/16 | J | A | |
| 6. USAA Brokerage Svc. Acct. #2-▓▓ | | | | | | | | | |
| 7. -Growth & Income Fund | A | Dividend | J | | Buy | 05/02 | J | | |
| 8. -High Yield Opp. Fund | A | Dividend | J | | Buy | 05/02 | J | | |
| 9. -S&P 500 Index FUnd Mem.Shares | A | Dividend | J | | Buy | 05/02 | J | | |
| 10. -Tax Exempt Intermed.-Term Fund | A | Dividend | J | | Buy | 05/02 | J | | |
| 11. -Tax Exempt Money Mkt. Fund | A | Dividend | J | T | Buy | 05/02 | J | | |
| 12. -Tax Exempt Short-Term Fund | A | Dividend | J | | Buy | 05/02 | J | | |
| 13. -Value Fund | A | Dividend | J | T | Buy | 05/02 | J | | |
| 14. USAA Bank Acct.-▓▓▓ | | None | J | T | | | | | |
| 15. Trust Account #1-▓▓ | | | | | | | | | |
| 16. -USAA GNMA Trust (misidentified as USAA Delayed Quote 2003) | A | Dividend | J | T | | | | | |
| 17. -USAA Growth & Income Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000.001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 09/22/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -USAA Income Fund | A | Dividend | J | T | | | | | |
| 19. -USAA Intermed.=Term Bond Fund | B | Dividend | K | T | | | | | |
| 20. -USAA Mnoey Market Fund | A | Interest | J | T | Partial | 05/02 | J | A | |
| 21. -USAA S&P 500 Ind. Fund Mem.Sh. | A | Dividend | K | T | Partial | 05/02 | J | A | |
| 22. -USAA Short-Term Bond Fund | A | Dividend | L | T | Buy | 05/02 | L | | |
| 23. -USAA High Yield Opportunities Fund | A | Dividend | J | T | | | | | |
| 24. Trust Account #2-Mother | | | | | | | | | |
| 25. -USAA GNMA Trust (misidentified as USAA Delayed Quote-2003) | A | Dividend | K | T | | | | | |
| 26. -USAA Growth & Income Fund | A | Dividend | K | T | Partial | 05/02 | K | A | |
| 27. --USAA Income Fund | A | Dividend | K | T | Partial | 05/02 | K | A | |
| 28. -USAA Intermed.-Term Bod Fund | A | Dividend | L | T | Partial | 05/02 | K | A | |
| 29. -USAA Money Market Fund | A | Interest | J | T | | | | | |
| 30. -USAA S&P 500 Ind. Fnd. Mem.Sh. | A | Dividend | K | T | Partial | 05/02 | K | A | |
| 31. -USAA Short-Term Bond Fund | A | Dividend | M | T | | | | | |
| 32. -USAA High Yield Opportunities Fund | A | Dividend | J | T | Partial | 05/02 | J | A | |
| 33. Trust Account #3-Mother | | | | | | | | | |
| 34. -Am. Mutual Fund, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Furgeson, William R | 09/22/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Income Fund of America, Inc. | A | Dividend | K | T | | | | | |
| 36. -Wash.Mutual Inv. Fund, Inc. | A | Dividend | J | T | | | | | |
| 37. Trust #4-▮▮▮ | | | | | | | | | |
| 38. -Amer.Mutual Fund, Inc. | A | Dividend | J | T | | | | | |
| 39. -Income Fund of America, Inc. | A | Dividend | K | T | | | | | |
| 40. -Wash.Mutual Inv. Fund, Inc. | A | Dividend | J | T | | | | | |
| 41. Wells Fargo Special Acct.-▮▮▮ | A | Interest | J | T | | | | | |
| 42. Law Partnership-▮▮▮ | G | Distribution | P1 | W | Sold | 01/31 | N | G | Wife's brother |
| 43. USAA CD-▮▮▮ | B | Interest | L | T | Open | 05/02 | L | | |
| 44. USAA Performance First Index Savings-▮▮▮ | B | Interest | L | T | Open | 05/02 | L | | |
| 45. USAA Performance First Index Savings-▮▮▮ | B | Interest | L | T | Open | 05/02 | L | | |
| 46. USAA Performance First Index Savings-▮▮▮ | A | Interest | L | T | Open | 01/31 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |



## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Under Section VII, items listed on lines 3, 7-13, 15-41 and 43-46 are separate property that reporting person is handling but has no financial interest.

Under Section VII, the item listed on line 42 was the law partnership of ████████ of the reporting person. On January 31, 2005, said ████ terminated ████ partnership with ████████ and took a position with a trust.



## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date____ 09/26/06 ____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544